433 A.2d 138

Commonwealth v. Lowe, Appellant.

Submitted November 14, 1980. Kevin A. Koss, for appellant; Francis C. Sichko, Assistant District Attorney, for Commonwealth, appellee.

Before SPAETH, JOHNSON and POPOVICH, JJ.

The order of September 25, 1979 is affirmed.